IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00856-JLK-CBS

FIRST DATA CORPORATION, a Delaware corporation,
     Plaintiff,
v.

ARPAD KONYA, an individual,
ARPAD KONYA, SR., as Legal Representative of Arpad Konya,
JOHN DOE, an individual, and
HYPERCASH INCORPORATED, a New York corporation,
     Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

     This civil action came before the court on January 24, 2007 for a hearing on
"Defendant Arpad Konya, Sr.'s Unopposed Motion for Permission to File Exhibit Under
Seal" (filed January 22, 2007) (doc. # 79).  Movant asks that Exhibit W to "Defendant
and Counterclaim Plaintiff's Opposition to First Data's Motion for Summary Judgment"
("the Opposition") be sealed.  Exhibit W consists of pages 92 through 98 of the
deposition of Charles Templeton.  The Opposition was filed on January 22, 2007,
inadvertently including Exhibit W not under seal.  (*See* D.C. COLO. LCivR 7.3).  The
court having reviewed the Motion, the entire case file, and the applicable law and being
sufficiently advised in the premises, IT IS ORDERED that:

     1.    "Defendant Arpad Konya, Sr.'s Unopposed Motion for Permission to File
Exhibit Under Seal" (filed January 22, 2007) (doc. # 79) was GRANTED IN PART AND

1

DENIED IN PART at the hearing held January 24, 2007.  Pages 95 through 98 of the deposition testimony of Charles Templeton shall remain under seal.  Pages 91 through 94 of the deposition testimony shall be re-filed in the public record.

2.      Exhibit W (doc. # 81-2), accepted for filing under seal on January 22, 2007, shall remain under seal.

3.      **On or before February 1, 2007**, counsel for Defendant Arpad Konya, Sr. shall file pages 91 through 94 of the deposition testimony of Charles Templeton in the normal manner in the public record.

DATED at Denver, Colorado, this 24th day of January, 2007.

BY THE COURT:


     s/Craig B. Shaffer
United States Magistrate Judge