**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-00856-JLK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: April 20, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| FIRST DATA CORPORATION, | Daniel S. Young |
| a Delaware corporation, | David E. Sipiora |
| **Plaintiff,** | |
| v. | |
| ARPAD KONYA, *et al.*, | Glenn M. Young |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:     8:30 a.m.**
Court calls case. Appearances of counsel.

Counsel present argument regarding Defendant and Counterclaim Plaintiff's Motion for Partial Summary Judgment [filed January 2, 2007; doc. 77].

Counsel present argument regarding First Data Corporation's Motion In Limine to Exclude Testimony of Dr. Zoltan Ziegler [filed December 30, 2006; doc. 75 ].

**Court goes off the record to discuss settlement:     10:05 a.m.**

**Court goes back on the record:     10:11 a.m.**

Counsel present argument regarding First Data Corporation's Motion for Summary Judgment [filed December 29, 2006; doc. 72].

The Court takes the motions and arguments under advisement.

HEARING CONCLUDED.

**Court in Recess:     11:35 a.m.**
Total In-Court Time:     03:05