IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Date: December 12, 2007                          Reporter: Darlene Martinez
                                                  Deputy Clerk: Valeri P. Barnes

Civil Action No. 04-cv-00856-JLK

FIRST DATA CORPORATION,                          David Sipiora
                                                  Daniel Young
    Plaintiff,

v.

ARPAD KONYA, an individual;                      Glenn Young
ARPAD KONYA, SR.,
as Legal Representative of Arpad Konya;
JOHN DOE, an individual; and
HYPER-CASH INCORPORATED,
a New York corporation,

    Defendants.

_____

## COURTROOM MINUTES
_____

**PRETRIAL CONFERENCE**

**2:02 p.m.**    **Court in session.**

**ORDERED:** Plaintiff's Corrected Motion to Strike Demand for Trial by Jury of Defendants/Counterclaim Plaintiffs **(108)** is **granted.**

**ORDERED:** Plaintiff's Unopposed Motion to Seal Exhibit 1 to Plaintiff's Motion to Strike Demand for Trial by Jury of Defendants/Counterclaim Plaintiffs **(109)** is **granted.**

**ORDERED:** Parties shall resubmit a Proposed Pretrial Order in accordance with the Court's ruling.

**ORDERED:** Case shall be redrawn to a new magistrate judge.

**ORDERED:** Case is referred to the new magistrate judge for settlement purposes only.

**DEADLINES/HEARINGS:**
Trial briefs and/or proposed findings of fact conclusions law due **February 22, 2008.**
Five-day bench trial set for **March 3, 2008, at 9:00 a.m.**

**2:17 p.m.     Court in recess/hearing concluded.**

Total in-court time: 00:15