## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

Date: February 25, 2008         Court Reporter: Janet Coppock
                                Deputy Clerk: Bernique Abiakam

Civil Action No. 04-cv-00856-JLK-CBS

FIRST DATA CORPORATION,
a Delaware corporation,                    David Sipiora
                                           Daniel Young

    Plaintiff,

v.

ARPAD KONYA, an individual,                Glenn M. Young
ARPAD KONYA, SR.,
as Legal Representative of Arpad Konya;
JOHN DOE, an individual; and
HYPER-CASH INCORPORATED,
a New York corporation,

    Defendants.

---

## COURTROOM MINUTES

---

**Final Trial Preparation Conference**

10:12 a.m.    Court in session.

Discussion regarding Plaintiff's Motion In Limine To Preclude The Testimony Of Miklos Radvanyi.

ORDERED:  Plaintiff's Motion In Limine To Preclude The Testimony Of Miklos
          Radvanyi (Filed 2/22/08; Doc. No. 134) is DENIED.

Discussion regarding the pretrial order.

Discussion regarding stipulations, demonstrative exhibits, joint exhibits, chronology of stipulated facts, witnesses, and translators.

*04-cv-00856-JLK-CBS*
*Final Trial Preparation Conference*
*February 26, 2008*

Plaintiff counsel advises the Court regarding the interpreter, Eugene F. Megyesy, Jr., they plan to use during the trial. The Court discloses the fact that it has known Mr. Megyesy for a number of years, however, it has no relevance to this case.

Discussion regarding the trial schedule.

**ORDERED: Pretrial Order approved.**

10:23 a.m.     Court in recess.
Hearing concluded.
Total time - 12 minutes.