IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 04-cv-00856-JLK-MEH

FIRST DATA CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

ARPAD KONYA, an individual,
ARPAD KONYA, SR.,
as Legal Representative of Arpad Konya;
JOHN DOE, an individual; and HYPER-CASH INCORPORATED,
a New York corporation,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this __11__ day of March, 2008.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendants